# NO. 12-15-00015-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:  INNOVATION* | § | |
| *RESOURCE SOLUTION, LLC,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Innovation Resource LLC filed this original mandamus proceeding complaining of the trial court's January 12, 2015 order disqualifying its counsel.  Calvin B. Smith and Connie M. Smith, real parties in interest, subsequently filed a motion requesting that the trial court rescind its January 12 order.  By its order signed on February 27, 2015, the trial court granted the Smiths' motion, thereby rendering the issues in this proceeding moot.  Accordingly, we ***dismiss*** Innovation's petition for writ of mandamus as ***moot***.

Opinion delivered March 4, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 4, 2015**

**NO. 12-15-00015-CV**

**INNOVATION RESOURCE SOLUTION, LLC,**
Relator
V.
**HON. DEBORAH OAKES EVANS,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by **INNOVATION RESOURCE SOLUTION, LLC**, who is the relator in Cause No. 3-42109, pending on the docket of the 3rd Judicial District Court of Anderson County, Texas. Said petition for writ of mandamus having been filed herein on January 21, 2015, and the same having been duly considered, because it is the opinion of this Court that this original proceeding should be dismissed as moot, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DISMISSED AS MOOT**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*